**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01053-REB-KMT

STANLEY E. JONES,

    Plaintiff,

v.

TWO UNKNOWN DOC GUARDS, aka
SGT. T. COOK, and
COWORKER,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation and Order of United States Magistrate Judge** [#32] filed June 1, 2009.  No objections having been filed to the recommendation,[1] I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, let alone plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] Nor have objections been filed as to the magistrate judge's concomitant order denying plaintiff's motion for appointment of counsel.  That order therefore is not subject to review.  **FED.R.CIV.P.** 72(a).

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation and Order of United States Magistrate Judge** [#32] filed June 1, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant Cook's **Motion To Dismiss** [#21], filed October 15, 2008, is **GRANTED IN PART** and **DENIED IN PART**;

3. That the motion is **GRANTED** with respect to plaintiff's official capacity claims against Cook, and those claims are **DISMISSED WITH PREJUDICE**;

4. That the motion is **GRANTED** also as to plaintiff's Fifth and Fourteenth Amendment due process claims, and those claims are **DISMISSED WITHOUT PREJUDICE**; and

5. That the motion is **DENIED** otherwise.

Dated June 23, 2009, at Denver, Colorado.

                **BY THE COURT:**

Robert E. Blackburn
United States District Judge