IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01053-REB-KMT

STANLEY E. JONES,

    Plaintiff,

v.

TWO UNKNOWN DOC GUARDS, a/k/a
SGT. T. COOK and
JAMES KELLER

    Defendants.

```
                    FILED
              UNITED STATES DISTRICT COURT
                  DENVER, COLORADO

                   DEC 1 8 2009

              GREGORY C. LANGHAM
                              CLERK
```

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

On November, 20, 2009, this court granted Plaintiff's motion to amend the caption to reflect the name of a previously unknown defendant and to have the new defendant, James Keller, served by the United States Marshal Service. Accordingly, as the plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant James Keller. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 18th day of December, 2009.

                                      **BY THE COURT:**

                                      Kathleen M. Tafoya
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01053-REB-KMT

Stanley E. Jones
Prisoner No. 103331
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

James Keller - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Robert C. Huss
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on James Keller: COMPLAINT FILED 05/20/08, RENEWED MOTION TO AMEND CAPTION FILED 11/17/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/18/09.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk