**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01053-REB-KMT

STANLEY E. JONES,

    Plaintiff,

v.

TWO UNKNOWN DOC GUARDS, aka
SGT. T. COOK, and
COWORKER,

    Defendants.

---

## ORDER

---

**Blackburn, J.**

The matter before me is plaintiff's **Objection** [#78][1] filed November 5, 2010, which I construe as a motion for reconsideration under Fed.R.Civ.P. 60(b). **See Brown v. Professional Transportation**, 1989 WL 85056 at *1 (D. Kan. July 20,1989). I deny the motion.[2]

Rule 60(b) relief requires a showing of exceptional circumstances warranting relief from judgment. **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A litigant shows exceptional circumstances by satisfying one or more of the

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Construed as an objection to the **Recommendation of United States Magistrate Judge** [#69], filed August 18, 2010, I find plaintiff's arguments to be imponderous and without merit, and they would not change my **Order Adopting Recommendation of United States Magistrate Judge** [#75] enterled October 29, 2010.

grounds for relief enumerated in Rule 60(b).  *Id*. at 1243-44.  The only possible ground for relief under this rule is provided by subparagraph (6), which contemplates relief from judgment based on "any other reason that justifies relief."  **FED.R.CIV.P.** 60(b)(6).  I perceive nothing in plaintiff's motion to suggest that such extraordinary relief is warranted in this case.

**THEREFORE, IT IS ORDERED** that plaintiff's **Objection** [#78] filed November 5, 2010, is **OVERRULED**, and, as construed as a motion for reconsideration under Fed.R.Civ.P. 60(b), is **DENIED**.

Dated December 14, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge